# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3354
_____

MATTHEW L. FAISON,

Appellant,

v.

STATE OF FLORIDA, VERELL
MARTIN, et al.,

Appellees.

_____

On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

December 14, 2018

PER CURIAM.

Appellant's motion, filed on November 6, 2018, is treated as a response to the Court's order of October 26, 2018. Upon consideration of the response, the Court has determined that the order denying Appellant's motion to alter or amend judgment is not an appealable order. Fla. R. App. P. 9.130(a)(4). To the extent that Appellant may be seeking review of the underlying Order of Dismissal, the appeal is untimely. Fla. R. App. P. 9.020(i); *see Pennington v. Waldheim*, 669 So. 2d 1158, 1160 (Fla. 5th DCA 1996).

DISMISSED.

WOLF, KELSEY, and M.K. THOMAS, JJ., concur.

———————————————————

*__Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.__*

———————————————————


Matthew L. Faison, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Leslie A. Healer, Assistant Attorney General, Tallahassee, for Appellees.